No. 96–7715.  LIGONS v. MOORE ET AL.  Ct. App. Minn.  Certiorari denied.

No. 96–7716.  DOBOS v. CIVIL SERVICE COMMISSION OF THE COUNTY OF LOS ANGELES.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 96–7717.  DURHAM v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  Sup. Ct. Fla.  Certiorari denied.

No. 96–7780.  LORENZ v. MARTIN MARIETTA CORP., INC.  Ct. App. Colo.  Certiorari denied.

No. 96–7827.  MORRIS v. VIRGINIA.  Sup. Ct. Va.  Certiorari denied.

No. 96–7839.  TOTORO v. H. A. DEHART & SON, INC., ET AL.  Super. Ct. N. J., App. Div.  Certiorari denied.

No. 96–7845.  GONZALES v. THOMAS, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 96–7877.  LUTALO v. WALKER, SUPERINTENDENT, MARION CORRECTIONAL INSTITUTION, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 96–7891.  HUIE v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 96–7893.  FOSTER v. WOLF, JUDGE, DISTRICT OF COLUMBIA SUPERIOR COURT.  C. A. D. C. Cir.  Certiorari denied.

No. 96–7911.  SCOTT v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.  C. A. 4th Cir.  Certiorari denied.

No. 96–7920.  JAE v. KESSLER ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 96–7928.  POLLARD v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 96–7956.  AGCAOILI v. BROWN, SECRETARY OF VETERANS AFFAIRS.  C. A. 2d Cir.  Certiorari denied.